UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.

FILED
CLERK'S OFFICE

2004 MAR 10 P 1:01

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WB MUSIC CORP., ET AL., | PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT |
| Plaintiffs, | 04 - 30050 - KPN |
| v. | |
| TORCIA & SONS, INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiffs state that:

WB Music Corp. is wholly owned by publicly owned Time Warner, Inc. and EMI April Music Inc. is wholly owned by EMI Group, PLC, a publicly owned foreign corporation.

By their attorneys,

HOLLAND & KNIGHT, LLP

By: _____
Stephen S. Young (BBO #538040)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 8, 2004