AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

WB MUSIC CORP., ET AL.

v.

TORCIA & SONS, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 - 30050 - KPN**

TO: (Name and Address of Defendant)

Torcia & Sons, Inc.
d/b/a Fat Cat Bar & Grill
232 Worthington Street
Springfield, MA 01103-2302

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Young, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

_Mary Finn_

BY DEPUTY CLERK

March 10, 2004

DATE

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 25, 2004

I hereby certify and return that on 3/24/2004 at 09:25 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to TERRY WARD, MANAGER, person in charge at the time of service for TORCIA & SONS, INC. DBA FAT CAT BAR & GRILL, 232 WORTHINGTON STREET, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00), NIGHT SERVICE ($20.00) Total Charges $59.76

Deputy Sheriff   DANIEL D. LARROW

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                              Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.