UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WB MUSIC CORP., et al.,            )
                Plaintiff    )
                                )
    v.                                       )    Civil Action No. 04-30050-KPN
                                )
TORCIA & SONS, INC.,               )
                Defendant  )

ORDER
May 14, 2004

Plaintiff filed a complaint in the U.S. District Court on March 10, 2004. A return of service was filed on March 29, 2004, with a responsive pleading due by April 13, 2004. As of this date, no answer has been filed.

Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on June 4, 2004. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge

                            By:    /s/ Bethaney A. Healy
                                    Bethaney A. Healy
                                    Deputy Clerk