UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-30050-KPN

WB MUSIC CORP., ET AL.,
        Plaintiffs

v.

TORCIA & SONS, INC.,
        Defendant

## NOTICE OF DISMISSAL

Plaintiffs, in accordance with Fed.R.Civ.P. 41(a)(1)(i), hereby voluntarily dismiss the above-captioned matter.

By their attorneys,

HOLLAND & KNIGHT LLP

By: _____
Stephen S. Young
BBO #538040
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated: May **, 2004

# 1932925_v1